

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES D. DALSANTO,<br><br>    Defendant. | Case No.  6:19-po-00272-HBK<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on October 20, 2023, to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A judgment and commitment order will follow.

Dated: 10/20/23

SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1